UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 18 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Marcus D. Ivey
Marvis McDaniel-Ivey
_____
Plaintiffs

v.      Case Number: 1:19-CV-584

New American Funding, Inc.
_____
Defendant

Motion for Contempt of Court for Attorney Misconduct of Matthew Carlton Against Marvis McDaniel-Ivey and Marcus D. Ivey with Injury

Plaintiff's file this motion for Contempt against Matthew Carlton, Attorney as follows;

1) This motion is filed pursuant to plaintiff's rights constitutional and statutory rights under United States Code Court Rule 62

(a) Automatic Stay execution on a judgment and proceedings to enforce it are stayed for 30 days.

2) Matthew Carlton, Attorney for Tesfa Properties has injured plaintiff's when he used this court's void order to attempt wrongful ejection from plaintiff's real property.

3) Matthew Carlton knew his acts to be wrong, injurious and were calculated to cause & wrongful damage when he on October 28, 2019 requested a trial in the Magistrate Court of DeKalb against Marris McDaniel-Ivey.

4) Matthew Carlton specifically requested remand to State Court, Magistrate Court for eviction case at Docket Record #30

5) Said request was denied as the lawsuit (above) is "Wrongful foreclosure". See Order at Docket Record #41.

6) Reference is made to Order in this matter and statute and request for damages in the amount of $10,000 is hereby requested;

7) Plaintiff ask that the damages be doubled as against Tesfa Properties and it's attorney.

Respectfully submitted this 18th day of November, 2019.   Marris McDaniel-Ivey

Reference is also made to Plaintiff's notice of unencumbered ownership filed 11/18/20

## Certificate of Service

This is to certify that I have this day served the opposing party in the within matter with a copy of <u>Motion for Contempt of Court for Attorney Misconduct of Matthew Carlton Against Marvis McDaniel-Ivey and Marcus D. Ivey with Injury</u> by enclosing a copy of the same into an envelope with adequate postage thereon and depositing into the United States mail addressed to the following:

Matthew Carlton, Attorney, Suite 340
160 Clairemont Avenue,
Decatur, Georgia 30030

Howell A. Hall, Attorney
211 Perimeter Center Parkway, N.E., Suite 300
Atlanta, Georgia 30346

This 18th day of November, 2019.

Marvis McDaniel-Ivey
3907 Bunaire Drive
Stone Mountain, Georgia 30083
(30083)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARVIS MCDANIEL-IVEY and MARCUS D. IVEY,<br><br>Plaintiffs,<br><br>v.<br><br>NEW AMERICAN FUNDING; BROKER SOLUTIONS, INC.; BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING; SHAPIRO, PENDERGAST & HASTY, LLP; TESFA PROPERTIES, LLP; MORTGAGE REGISTRATION SYSTEMS; MAGISTRATE COURT JUDGE; RICHARD BERKOWICH; DIRECTOR, DEKALB COUNTY; and GEORGIA MARSHALL SHERIFF SERVICE,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:19-cv-00584-TWT-CMS |

### ORDER

This matter is before the Court on the Motion to Remand filed by Defendant Tesfa Properties ("Tesfa"). [Doc. 30]. In its motion, Tesfa asks the Court to remand Plaintiffs' state law claims, arguing that Plaintiffs are attempting to remove an eviction case from the Magistrate Court of DeKalb County. [Id. at 1–2]. A review of Plaintiffs' Second Amended Complaint, however, shows that Plaintiffs are

alleging various claims for declaratory, injunctive, and equitable relief related to an allegedly wrongful foreclosure. There is no indication on the docket that Plaintiffs' claims in this lawsuit stem from an eviction action initially brought in the Magistrate Court of DeKalb County; rather, the instant lawsuit appears to be a standalone lawsuit related to the allegedly wrongful foreclosure. Accordingly, Tesfa's Motion to Remand [Doc. 30] is **DENIED**.

**SO ORDERED**, this 22nd day of July, 2019.

*Catherine Salinas*

Catherine M. Salinas
United States Magistrate Judge

2